IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH, | ) |
| | ) |
| Plaintiff, | ) 2:19-CV-00546-CCW |
| | ) |
| v. | ) |
| | ) |
| ELDER RESOURCE MANAGEMENT, INC.; STAFF SOURCE, INC.; ANNA ZAYDENBERG; and MARSHA SIMONDS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW this 5th day of August, 2022, following the Non-Jury Trial, ECF Nos. 192, 193, & 194 in this manner and in accordance with the Court's Findings of Fact and Conclusions of Law as set forth in ECF No. 222, it is hereby ORDERED that judgment is entered in favor of Plaintiff and against Defendants, in the amount of **$2,484,293.22**.  Specifically, the Court awards:

$1,242,146.61 Backpay
$1,242,146.61 Liquidated Damages
-------------
$2,484,293.22 **Total**

The Court, having resolved all matters before it, will enter herewith an Order under Federal Rule 58 and mark this case closed.

DATED this 5th day of August, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record